# Order

Michigan Supreme Court
Lansing, Michigan

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148799

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

CORTEZ WALKER,
　　　　　Defendant-Appellant.

SC: 148799
COA: 319584
Wayne CC: 88-002499-FC

_____/

On order of the Court, the application for leave to appeal the January 23, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



d0721

Clerk